IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

AE

RECEIVED

JUL 25 2007

JUL 25 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV4192
JUDGE LEINENWEBER
MAGISTRATE JUDGE MASO

Jonathan Lee., Riches©,
PLAINTIFF,

VS

GEORGE W. BUSH, individually and in his Official capacity as PRESIDENT of the UNITED STATES OF AMERICA; RICHARD B. CHENEY, VICE PRESIDENT; CONDOLEEZA RICE, SECRETARY of STATE; DONALD H. RUMSFELD, DEPARTMENT of DEFENSE; JOHN W. SNOW, SECRETARY of TREASURY; unknown authors of the UNIFORM COMMERCIAL CODE "UCC"; CARLOS M. GUTIERREZ; SECRETARY of COMMERCE; MICHAEL O. LEAVITT, SECRETARY of HEALTH and HUMAN SERVICES; ELAINE CHAO, SECREATARY DEPT. of LABOR; STEPHEN L. JOHNSON, ADMINISTRATOR ENVIROMENTAL PROTECTION AGENCY (EPA); MARGARET SPELLINGS, SECRETARY DEPT. of EDUCATION; SAMUEL W. BODMAN, SECRETARY of ENERGY; NORMAN Y. MINETA, SECRETARY DEPT. of TRANSPORTATION; HILLARY RODHAM CLINTON, SENATOR of NEW YORK; JAMES HOFFA, PRESIDENT INTERNATIONAL BROTHERHOOD of TEAMSTERS; www.GOOGLE.com; POPE BENEDICT XVl; KINGDOM OF SAUDI ARABIA; JERRY WEST, VICE PRESIDENT of the LOS ANGELES LAKERS; www. ACCUWEATHER.com; USAMA BIN LADEN a/k/a "USAMAH BIN-MUHAMMAD BIN-LADIN"; WILLIAM GATES, CHAIRMAN of MICROSOFT; HUGO CHAVEZ, PRESIDENT of VENEZUELA; JOHN DEERE tractors; ADOLF HITLER'S, NATIONAL SOCIAL-IST PARTY; ISLAND DEF JAM MUSIC GROUP, ROC-A FELLA RECORDS, SHAWN CARTER d/b/a "JAY Z"; QUEEN OF ENGLAND; JO ANNE B. BARNHART, COM-MISSIONER of SOCIAL SECURITY; STEVEN SPIELBERG; RJ REYNOLDS TOBACCO HOLDINGS INC; JAPAN'S NIKKEI STOCK EXCHANGE; GAMBINO crime family; THREE MILE ISLAND, NUCLEAR POWER PLANT; KOFI ANNAAN, SECRETARY GEN-ERAL UNITED NATIONS; TONY DANZA; ISLAMIC REPUBLIC of IRAN; DON KING PRODUCTIONS INC; PARIS HILTON; KINGDOM HALL of the JEHOVAH'S WIT-NESS; JOSE PADILLA; UNIVERSITY OF MIAMI; GEICO insurance; VIENNA CONVENTION; MATT DRUDGE, "THE DRUDGE REPORT"; MARION BLAKEY, ADMIN-ISTRATOR FEDERAL AVIATION ADMINISTRATION "FAA"; CONSULATE GENERAL of NIGERIA; THE SALVATION ARMY; JEWISH STATE of "ISRAEL"; JOHN E. POTTER, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE "USPS"; SOLEDAD O'-BRIEN, MILES O'BRIEN, co-anchors "AMERICAN MORNING, CABLE NEWS NET-WORK "CNN"; MAGNA CARTA; TSUNAMI victims; ALAN GREENSPAN, former FED-ERAL RESERVE CHAIRMAN; THE AMERICAN RED CROSS; MARK EMERSON, COMM-ISSIONER of INTERNAL REVENUE SERVICE "IRS"; JESSICA ALBA; SIRIUS SATELLITE RADIO; CHARLES MOOSE, former MONTGOMERY COUNTY MARYLAND POLICE CHIEF; DALAI LAMA; THE HOUSTON CHRONICLE; AL QAEDA ISLAMIC ARMY; FRUIT of A-LOOM; AMERICAN CIVIL LIBERTIES UNION "ACLU"; OUT-BACK STEAKHOUSE; DONALD J. TRUMP, TRUMP PLAZA; CHRIS BERMAN of ESPN; THE VATICAN; SHAWN JOHN COMBS d/b/a "PUFF DADDY" d/b/a "DITTY"; MICH-AEL BROWN, former DIRECTOR of FEDERAL EMERGENCY MANAGMENT ADMINISTRA-TION "FEMA"; VINCENT K. MCMAHON, CHIEF EXECUTIVE OFFICER of WORLD WRESTLING FEDERATION "WWF"; THE TALIBAN; RICHARD M. DALEY, MAYOR of CITY of CHICAGO; MEALS on WHEELS; JOHN GRISHAM; COLUMBINE HIGH SCHOOL; ARIEL SHARON, former HEAD of ISREALI LIKUD PARTY; UNITED PARCEL SERVICE "UPS"; TARA REID; BLACK ENTERTAINMENT TELEVISION INC "BET"; SADDAM HUSSEIN; JEWISH workers at NBC/UNIVERSAL; BRAD PITT, and his adopted son MADDOX PITT/JOLIE; JACK WELCH, FORMER CEO of GENERAL ELECTRIC and SUBSIDIARIES; ELIZABETH SMART; GEORGE E. PATAKI, in his Official ca-pacity as GOVERNOR of NEW YORK; CHARLIE SHEEN; THE SURGEON GENERAL;

VLADIMIR PUTIN, PRESIDENT of RUSSIA; OLIVER NORTH; GEORGE ORWELL; www.ASKJEEVES.com; SEAN O'KEEFE, former ADMINISTRATOR of NATIONAL AERONAUTICS and SPACE ADMINISTRATION "NASA"; THE KREMLIN; DAVID LETTERMAN; THE PANAMA CANAL COMMISSION; GEORGE J. TENET, former DIRECTOR of CENTRAL INTELLIGENCE AGENCY "CIA"; KELLY CLARKSTON; THIRTEEN TRIBES of ISRAEL; AMERICAN HEART FOUNDATION; PLATO; LINCOLN MEMORIAL; OCCUPATIONAL SAFETY and HEALTH ADMINISTRATION "OSHA"; BORIS BECKER; FREEMASON LODGE; EGLIN AIRFORCE BASE; various BUDDHIST MONKS; www. SECUREDPARTY.com; I. LEWIS "SCOOTER" LIBBY, FORMERCHIEF of STAFF to VP DICK CHENEY; WARREN BUFFETT, CEO BERKSHIRE HATHAWAY; SIERRA CLUB; JOHN D. NEGROPONTE, AMBASSADOR to UNITED NATIONS; CHRISTINA APPLEGATE; JEWISH MOSSAD; NATIONAL VANGUARD BOOKS "NVB"; AIR and SPACE MUSEUM; CHRISTOPHER REEVES widow; GALE A. NORTON, SECRETARY of INTERIOR; HALLIBURTON COMPANY, KELLOGG BROWN & ROOT; JOHN WALSH, HOST of AMERICA'S MOST WANTED; MEIN KAMPF; CITY of CRAWFORD TEXAS; JOHN P. ABIZAID, GENERAL COMMANDER U.S. CENTRAL COMMAND; VENUS WILLIAMS; www.DEFCON.org; JOHN DUDAS, DIRECTOR PATENT and TRADEMARK OFFICE; MEDIEVAL TIMES; INTERNATIONAL TRADE COMMISSION "ITC"; ANNA NICHOLE SMITH; UNITED STATES MARINE CORPS.; WILLIAM F. BUCKLEY, NATIONAL REVIEW; DENNY'S; BROTHERHOOD of the SNAKE; LARRY KING, LARRY KING LIVE 9pm "CNN"; CHARLES E. "CHUCK" SCHUMER, SENATOR of NEW YORK; RASTAFARIAN NATIVES; SPENCER ABRAHAM, former SECRETARY of ENERGY; ROLLINGSTONE MAGAZINE; MONOGRAM BANK of GEORGIA d/b/a GE CAPITAL; GRACE JONES; NATIONAL ASSOCIATION for STOCK CAR AUTO RACING "NASCAR"; RAMZI AHMED YOUSEF; PLANET HOLLYWOOD; JOSEPH H. BOARDMAN, FEDERAL RAILROAD ADMINISTRATOR; MARSHALL BRUCE MATHERS 111, SHADY RECORDS INC a/k/a EMINEM; ULLUMINATI, founder ADAM WEISHAUPT; THE APOLLO THEATER; DAVID W. ANDERSON, ASSISTANT SECRETARY FOR INDIAN AFFAIRS; JASON SOCIETY; WU TANG CLAN, WU-WEAR INC; PHILIP PURCELL, CEO MORGAN STANLEY DEAN WITTER; NORDIC GODS; PRESIDENTAL EMERGENCY OPERATIONS CENTER "PEOC"; SCREEN ACTORS GUILD INC; R. JAMES NICHOLSON, SECRETARY of VETERANS AFFAIRS; NEW YORK STOCK EXCHANGE INC "NYSE"; THE DA VINCI CODE; MOORISH SCIENCE TEMPLE of AMERICA "MSTA"; SEARS TOWER; MIKE TYSON; NATIVE AMERICAN FISH SOCIETY; HOLOCAUST SURVIVORS; BYZANTINE REPUBLIC ARMY "BRA"; DENNIS HOPPER; MT. RUSHMORE; BARBARA WALTERS, ABC 20/20; FIRST PRESBYTERIAN CHURCH; GORDON R. SULLIVAN, former GENERAL/CHAIRMAN JOINT CHIEFS of STAFF; YELLOW CAB COMPANY; GREEK ORTHODOX ARCHDIOCESE of NORTH AMERICA; MICHAEL SAVAGE, SAVAGE NATION; DENNIS HASTERT, REPUBLICAN SPEAKER of HOUSE of REPRESENTATIVES; GREEN BAY'S LAMBEAU FIELD; SLOBODAN MILOSEVIC, former PRESIDENT of SERBIA; PIZZA HUT; KING JAMES BIBLE; SCOTT PETERSON; DEPARTMENT of HOUSING and URBAN DEVELOPMENT "HUD"; SMITHSONIAN INSTITUTE; ROBERT C. BONNER, COMMISSIONER UNITED STATES CUSTOM SERVICE; MING DYNASTY; RAY NAGIN, NEW ORLEANS MAYOR; BARRY BONDS; THOMAS J. RIDGE, former DIRECTOR of DEPARTMENT of HOMELAND SECURITY; JENNA BUSH, daughter of PRESIDENT of UNITED STATES; GANGS in HONG KONG; UNITED METHODIST CHURCH; EUROPEAN UNION; PORTER GOSS, DIRECTOR CENTRAL INTELLIGENCE AGENCY "CIA"; HARRAH'S LAS VEGAS INC; GRAND WIZARD of KU KLUX KLAN "KKK"; GENERAL MOTORS "GM"; CHRISTOPHER COX, CHAIRMAN SECURITES and EXCHANGE COMMISSION "SEC"; PROCTOR & GAMBLE; JEWISH SYNAGOGE'S; www.EBAY.com; KNIGHTS OF MALTA; AFL-CIO UNION; BOOKER T. WASHINGTON; NATIONAL HOCKEY LEAGUE "NHL" PLAYERS ASSOCIATION; DIANE SAWYER, co-anchor GOOD MORNING AMERICA ABC/WALT DISNEY CO; IMMIGRATION and NATURALIZATION SERVICE "INS"; VERN MINNI ME; STEVE JOBBS, CEO APPLE COMPUTERS INC; STATUE of LIBERTY; FIDEL CASTRO, PRESIDENT of CUBA; BRIAN L. ROBERTS, COMCAST CABLE CO; EARTH LIBERATION FRONT "ELF"; PHIL DONAHUE; MALCOLM X; KIM JONG 11, PRESIDENT of NORTH KOREA; GENEVA CONVENTION; LEE SCOTT, CEO WAL-MART. ARIZONA GAME and FISH COMMISSION; NELSON ROCKEFELLER; NATIONAL ASSOCIATION of REALTORS;

FORT KNOX; PHILADELPHIA EAGLES, 2005 ROSTER, including DONOVAN MCNABB; CHURCH OF SCIENTOLOGY; WORLD TRADE ORGANIZATION "WTO"; BURT REYNOLDS; INTERNET CORPORATION for ASSIGNED NAMES and NUMBERS "ICANN"; MICHAEL A. AQUINO, FOUNDER SANTANIC TEMPLE of SET; BILL O'REILLY, "THE O'REILLY FACTOR" FOX NEWS CORP; PUERTO RICAN NATIONALIST PARTY; WESTERN UNION FINANCIAL SERVICES; PAULA ABDUL; UNITED STATES HOLOCAUST MUSEUM; SISTER SOULJAH; SUHA ARAFAT, WIFE of late YASIR ARAFAT; REVEREND JESSIE JACKSON; HAMID KARZAI, PRESIDENT of AFGHANISTAN; CARNIVAL CRUISE LINES; THE WORLD COURT HAGUE; BEN N JERRY'S ICECREAM; JANET RENO, former ATTORNEY GENERAL; HOUSE of ROTHSCHILD; DAVID STERN, COMMISSIONER NATIONAL BASKETBALL ASSOCIATION "NBA"; INTERNATIONAL MONETARY FUND "IMF"; JIMMY DEAN SAUSAGE CO; YALE SKULL and BONES; SUMNER REDSTONE, CEO CBS/VIACOM; COMPUTER HACKERS and TELEPHONE PHREAKERS; MAYFLOWER MOVING CORP; CHEMICAL/ BIO SENSOR RESEARCH CENTER, ABERDEEN MARYLAND; WHOOPI GOLDBERG; VINCENTE FOX, PRESIDENT of MEXICO; PENNSYLVANIA LOTTERY COMMISSION; www.AMAZON.com; MICHAEL CHERTOFF, DIRECTOR DEPATMENT of HOMELAND SECURITY; CITY of NADI, FIJI ISLANDS; THE NEW YORK TIMES; AMERICAN EXPRESS credit card CORP; THE OLSEN TWINS; RAINBOW/PUSH COALITION; MOHAMMED ATTA, WORLD TRADE CENTER hijacker; LEAVENWORTH FEDERAL PRISON; MAX MAYFIELD, DIRECTOR NATIONAL WEATHER SERVICE; MICHAEL TIGAR, ATTORNEY of late TIMOTHY MCVEIGH; ROMAN EMPIRE; MERRIAM WEBSTERS DICTIONARY 10TH EDITION; PALESTINE LIBERATION ORGANIZATION "PLO"; MICHAEL H. ARMACOST, PRESIDENT of BROOKINGS INSTITUTE; KRAFT FOODS INC; JOHN FUND, EDITOR WALL ST. JOURNAL; unknown writers of NORTH AMERICAN FREE TRADE AGREEMENT "NAFTA"; DEMI MOORE; SMITH N WESSON; UNITED NEGRO COLLEGE FUND; EDWARD M. LIDDY, CHAIRMAN/CEO ALLSTATE INSURANCE CORP; WOLF BLITZER, "THE SITUATION ROOM" CNN NEWS; www.2600.com; METROPOLITAN TRANSIT AUTHORITY; RICHARD JEWEL; BLOODS and CRIPS of DETROIT; MICHAEL J. FOX; RICHARD S. FULD, CEO LEHMAN BROTHERS; VERIZON COMMUNICATIONS d/b/a "BELL ATLANTIC" d/b/a "GTE"; ANGELA MERKEL, PRESIDENT of GERMANY; THE ROSE BOWL; BEN YAHWEH; PEOPLE AGAINST TREATMENT of ANIMALS "PETA"; KENTUCKY FRIED CHICKEN; CITIGROUP INC; NATIONAL ACADEMY of SCIENCE'S INSTITUTE of MEDICINE; INDRA K. NOOYI, PRESIDENT of PEPSICO INC; VIRGINIA KINGS DOMINION; VANNA WHITE; ROBERT W. KAGAN, CARNEGIE ENDOW INTERNATIONAL PEACE; SUGAR RAY LEONARD; ROSS PEROT; HARLEY-DAVIDSON INC; INTERNATIONAL ISLAMIC RELIEF ORGANIZATION "IIRO"; HARLEY G. LAPPIN, DIRECTOR FEDERAL BUREAU OF PRISONS "BOP"; PINK TRIANGLE COALITION; POW-MIA; CATHEDRAL CHURCH of the INTERCESSOR; BELLEVUE STATE HOSPITAL CENTER; www.FRAUDFEDERALRESERVE.com; SAMMY SOSA; ROBERT M. GATES, PRESIDENT TEXAS A & M; ARCHITECTURE of FREE MASONRY; BOBBY ACCORD, ADMINISTRATOR ANIMAL and HEALTH INSPECTION SERVICES; THE PILLSBURY COMPANY; REVOLUTIONARY ARMED FORCES of COLOMBIA "FARC"; ROSIE O'DONNELL; GEORGE P. SHULTZ, former SECRETARY of STATE, MOZART; SUNDANCE FILM FESTIVAL; U.S. CAPITOL POLICE; AARP, AMERICANS ASSOCIATION of RETIRED PERSONS; THE APPALACHIAN TRAIL; NOTRE DAME; JOHN KASICH, former CHAIRMAN HOUSE BUDGET COMMITTEE; JOEY BUTTAFUOCO; NATIONAL WILDLIFE REFUGE; NOSTRADAMUS; RICHARD THORNBURGH, former ATTORNEY GENERAL; LEANN RIMES; EVANGELICAL LUTHERAN CHURCH; DR. JAMES BILLINGTON, LIBRARY of CONGRESS; MARCO POLO; TERESA HEINTZ KERRY; NEGRO JUSTICE LEAGUE; THE EIFFEL TOWER; NEWT GINGRICH, former HOUSE SPEAKER; USA TODAY; G8 SUMMIT; ZACARIAS MOUSSAOUI; RINGLING BROS. and BARNUM & BAILEY CIRCUS; KENTUCKY MILITIA; LLOYD M. BENTSEN, former SECRETARY of TREASURY; JOHN WAYNE BOBBIT; PLYMOUTH ROCK; WKRP in CINCINNATI; ROYAL INSTITUTE for INTERNATIONAL AFFAIRS; ARAYAN BROTHERHOOD; JAMES G. ROCHE, SECRETARY of AIR FORCE; YAO MING; HARTSFIELD ATLANTA INTERNATIONAL AIRPORT; www.ANTISOCIAL.com; CHARLES DICKENS; ARLEN SPECTOR, SENATOR of PENNSYLVANIA, CHAIRMAN JUDICIARY COMMITTEE; LEANING TOWER of PISA; NATIONAL OCEANIC ATMOSPHERIC ADMINISTRATION "NOAA"; IRAQI BAATH REGIME; KEVIN BACON; UNITED STATES OLYMPIC COMMITTEE; HUMANE SOCIETY; GUERILLA'S in the MIST; DONNA E. SHALALA, former SECRETARY HEALTH and HUMAN SERVICES; FABIO; HOLY LAND FOUNDATION; ENCYCLOPEDIA BRITANNICA; BONO; CENTERS FOR DISEASE CONTROL "CDC"; HOME DEPOT; NATIONAL RIFLE ASSOCIATION "NRA"; GERALDO RIVERA; AMTRAK, NATIONAL RAIL PASSENGER CORP; NICCOLO MACHIAVELLI; AMERICAN PSYCHIATRIC ASSOCIATION; GARDEN of EDEN; BEN ROETHLISBERGER, PITTSBURGH STEELERS QUARTERBACK; UNIFICATION CHURCH; ANGLO-SAXONS ALLIANCE; UNITED STATES SECRET SERVICE; DOSTOEVSKY; THE INTERNATIONAL SPACE STATION, all parts manufacters; RUSSELL CROWE; ASSASSINS of SERBIAN PRIME MINISTER ZORAN DJINDJIC; MALL of AMERICA; EDWARD S. ROBINSON; COMMANDING OFFICER of USS GRAYBACK; HOME SHOPPING NETWORK "HSN"; JOHN DUPONT; ACE HARDWARE STORES; HENRY A. KISSINGER, former SECRETARY of STATE; PAUL REVERE; INDIANAPOLIS MOTOR SPEEDWAY;

DUNCAN DONUTS; RAND CORPORATION; MICHELANGELO; OLYMPIA J. SNOWE, SENATOR OF MAINE; AZTEC PYRAMIDS; BOY SCOUTS of AMERICA; DR. WILLIAM PIERCE, AUTHOR "THE TURNER DIARIES"; SIX FLAGS over ARLINGTON TEXAS; TALMUD; BETH HOLLOWAY TWITTY; INTERNATIONAL ATOMIC ENERGY AGENCY "IAEA"; JESSICA SIMPSON; DONALD E. GRAHAM, CEO WASHINGTON POST; VIAGRA; ANNE RICHARDS, former GOVERNOR of TEXAS; www.GINOROMANO.com; WILLIAM JEFFERSON CLINTON, FORMER PRESIDENT of THE UNITED STATES; MARION "SUGE" KNIGHT, DEATH ROW RECORDS; RIPLEY'S BELIEVE IT OR NOT; RANDY JOHNSON, NEW YORK YANKEES PITCHER; ANHEISER-BUSCH; PETER JENNINGS widow; PAUL WOLFOWITZ; MONTANA FREEMEN; PENNSYLVANIA TURNPIKE; ALCOHAL, TO-BACCO, and FIREARMS "ATF"; JULIA ROBERTS; PUBLIC BROADCAST SYSTEM "PBS"; JEB BUSH, GOVERNOR of FLORIDA; JOHN BIRCH SOCIETY; SPRINT/NEXTEL; BOB VILA; HOOVER DAM; SANDY BERGER, former DIRECTOR NATIONAL SECURITY AGENCY "NSA"; TOLL BROTHERS builders; KIL-LINGTON VERMONT SKI RESORT; www.YAHOO.com; JOE GIBBS RACING; JENNIFER LOPEZ; NATIONAL PUBLIC RADIO "NPR"; TONYA HARDING; COMPTROLLER of CURRENCY; ADT SECURITY; HARRISON FORD; US DEPARTMENT of AGRICULTURE, MIKE JOHANNS; DELTA AIRLINES; PETE ROSE; SYMBIONESE LIBERATION ARMY "SLA"; SMALL BUSINESS ADMINISTRATION "SBA"; JOSEPH LIEBERMAN, SENATOR of CONNECTICUT; SYLVESTER STALLONE; KYOTO PROTOCOL; THE BOLIVIAN MAFIA; VIETNAM VETERANS of AMERICA; KENNETH STARR, former INDEPENDENT COUNCIL; SIMON and SCHUSTER; PATRICIA HEARST; ANTI-DEFAMATION LEAGUE; NELSON MANDELA, former PRESIDENT of SOUTH AFRICA; CHANDRA LEVY; CHURCH OF JESUS CHRIST LATTER DAY SAINTS; RUSH LIMBAUGH; AIRFORCE ONE; LOUIS FARRAKHAN, NATION OF ISLAM; NATIONAL MEDAL of ARTS; WEBSTER HUBBELL, MCDOUGAL'S, all WHITEWATER DEFENDANTS; THE WAFFLE HOUSE; GRAY DAVIS, former GOVERNOR of CALIFORNIA; BLACK PANTHER PARTY; GRAND CANYON-PARASHANT NATIONAL MONUMENT; LUCY LIU; BOB BARKER, HOST of PRICE IS RIGHT; FEDERALIST SOCIETY; ELIAN GONZALEZ; INTERNATIONAL CRIMINAL COURT "ICC"; DANNY GLOVER; NATIONAL ARCHIVES; DISNEY'S GRAND FLORIDIAN RESORT; JONATHAN JAY POLLARD, JEWISH SPY; RED GUERRILLA RESISTANCE; NEW JERSEY PORT AUTHORITY; CHRIS MATTHEWS, MSNBC "HARDBALL"; KWEISI MFUME, PRESIDENT "NAACP"; WENDY'S; M.C. HAMMER; RUDOLPH GIULIANI, former MAYOR of NEW YORK CITY; ISLAMIC MUSLIM BROTHERHOOD; DREW BARRYMORE; all NATIONAL ABORTION CLINICS; NEWSWEEK MAGAZINE; MADELEINE ALBRIGHT, former SECRETARY of STATE; LEE R. RAYMOND, CEO EXXON/MOBIL; LOUIS XV; HOLY GRAIL; MERCK PHARMACEUTICALS; SIR ELTON JOHN; PLANET of PLUTO; TRENT LOTT, SENATOR of MISSISSIPPI; HO CHI MINH CITY; COLONEL MUAMMAR GADDAFI, PRESIDENT of LIBYA; FRANK SINATRA JR; JOSEPH BIDEN , SENATOR of DELAWARE; LIL KIM, JUNIOR MAFIA BAD BOY RECORDS; I-95 "INTERSTATE" DEVELOPERS; MAKE a WISH FOUNDATION; THE VIRGIN MARY; US DEPARTMENT of INTERNAL AFFAIRS; RICHARD REID, SHOEBOMBER; JERRY LEWIS telethon; GOLDEN GATE BRIDGE; MONICA LEWINSKY; JOHN ASH-CROFT, former ATTORNEY GENERAL; DENNIS RODMAN; CENTER for MEDICARE / MEDICAID SERVICES; J.K. ROWLING, author " HARRY POTTER"; JACKIE CHAN; NOELLE BUSH, JEB BUSH'S DAUGHTER; MISS CLEO; DAVID COULTER, former CEO BANK of AMERICA; CHECHEN REBELS; HUGGIES; COLIN POWELL, former SECRETARY of STATE; NINJA SAMURAI FIGHTERS; NATIONAL CENTER for MISSING & EXPLOITED CHILDREN; HAMAS; TAMMANY HALL; TREVOR SMITH d/b/a "BUSTA RHYMES" FLIP MODE RECORDS; www.EHARMONY.com; JEAN-BERTRAND ARISTIDE, former PRESIDENT of HAITI; HUBBLE SPACE TELESCOPE; JOSHUA BOLTEN, WHITE HOUSE BUDGET DIRECTOR; THE BOSTON GLOBE; THE NATIONAL GUARD and RESERVES; B'NAI B'RITH; OUTLAWS MOTORCYCLE GANG; JOHN MCCAIN, EX POW, SENATOR of ARIZONA; EQUAL OPPORTUNITY EMPLOYER "EOE"; MICHAEL MOORE; FORT BRAGG MILITARY BASE, all military ranks: PRIVATES,SERGEANTS,CAPTAINS,CORPORAL,GENERAL,MAJOR, ADMIRAL,COLONEL,LIEUTENANTS; JOHN WALTERS, WHITE HOUSE DRUG CZAR; WORLD WIDE WEB; CATHOLIC CHURCH, GAY CATHOLIC PRIESTS; BEN BERNANKE, FEDERAL RESERVE CHAIRMAN; ANTI-COMMUNIST MEMORBILA COLLECTION; ACADEMY AWARDS; FBI, BEHAVIORAL SCIENCES DIVISION; FRANCIS J. HARVEY, SECREATRY of ARMY; BAPTIST CHURCH; www.MEDIACONTROL.com; OPRAH WINFREY; AREA 69: ALIEN & UFO RESEARCH CENTER; SCOTT MCCLELLAN, WHITE HOUSE SPOKESMAN; DAVID DUKE; ENGINE #9, FIRE DEPARTMENT; FRANKLIN MINT; D.B. COOPER; LESTER CRAWFORD, US FOOD and DRUG ADMINISTRATION "FDA"; NAPOLEON; ORGANIZATION of PETROLEUM EXPORTING COUNTRIES "OPEC"; WICCAN WORSHIP; BRITISH SAS; GUANTANAMO BAY; THE DARRYL F. ZANCK INSTITUTE for MEDIA DOMINATION and TALMUDIC STUDIES; PIRATES COVE MINITURE GOLF COURSE; HANNIBAL LECTOR; COUNCIL of FOREIGN RELATIONS; RONALD MCDONALD CHARITIES; FODAY SANKOH, former PRESIDENT of SERRIE LEONE; BEN GURION AIRPORT; SANDRA BULLOCK; STATUE of FELIX DZERZHINSKY "IRON FELIX"; KATIE CURIC, CO-ANCHOR NBC'S TODAY SHOW; FEDERAL DEPOSIT IN-SURANCE CORPORATION "FDIC"; MOTLEY RICE; QUEEN RANIA of JORDAN; PHI BETA KAPPA; IRISH REPUBLICAN ARMY "IRA"; CHE GUEVARA; ALJAZEERA TELEVISION; BUMBLE BEE TUNA;

COPTIC ORTHODOX EGYPT CHURCH; JOHN BOEHNER, US HOUSE EDUCATION/WORKFORCE COMMITTEE CHAIRMAN; BIG BEND; SANDRA DAY O'CONNOR; DUN & BRADSTREET; BOB SAGET; SCOTLAND YARD; MOORISH SCIENCE TEMPLE of AMERICA; NCAA BASKETBALL; DRUG ENFORCEMENT AGENCY "DEA"; JAVELIN STRATEGY & RESEARCH; QODS FORCE (JERUSALEM FORCE); BOSTON MARKET; www.backstreetboys.com; HIZBALLAH; LAWRENCE LIVERMORE NATIONAL LABORATORY; RUSSIAN KGB; COLOSSIANS FIRST CENTURY PARALLELS; TERI HATCHER; GLORIA ARROYO, PRESIDENT of PHILIPPINES; TROJAN HORSE; RANDOM HOUSE PUBLISHING; GREAT WALL of CHINA; DEPARTMENT of JUSTICE "DOJ"; PERKINS; GENERAL OMAR TORRIJOS, FORMER PANAMA PRESIDENT; JEFF FORT, leader EL RUKN; DYNASTY 7; NATIONAL RECONNAISSANCE OFFICE "NRO"; GEORGE CLOONEY: JOSE MARTI AIRPORT, HAVANNA CUBA; KORAN; ASHANTI GOLDFIELDS; CLUB of ROME; NATO; CHARLES SCHWAB; KOREAN NATIONAL INTELLIGENCE SERVICE "NIS"; ANNE MULCAHY, CEO XEROX; KIRIAT; CONGRESS on RACIAL EQUALITY "CORE"; INTERPOL; KORYO DYNASTY; KILLERS of PRINCESS DIANA & DODI; WU YI, VICE PREMIER of CHINA; www.EXPEDIA.com; THE 48TH ANNUAL GRAMMY AWARDS; BRITISH MI5; FEDERAL RESERVE WIRE TRANSFER NETWORK "FEDWIRE"; POLYTHEISTS INTERNATIONAL; FEDERICO PENA, former SECRETARY of TRANSPORTATION; ABU SAYAFF; MARIAH CAREY; LONDON'S NATURAL HISTORY MUSEUM; COMMANDER of UNITED STATES COAST GUARD; TAOIST CREATURES; FINANCIAL CRIMES ENFORCEMENT NETWORK "FINCEN"; EGYPTIAN GAMA'AT; CHOICEPOINT; PELER BIJUR, CEO of TEXACO, BERLIN WALL DEMOLITION,CO; DICK DEGUERIN; CRYPTOGRAPH ELICITATION CENTER "CEC"; GUY RITCHIE; THE SUPREME COURT; BOUSTROS GHALI, former UN SECRETARY GENERAL; GLAXO SMITH KLINE; FARAH AIDEED, SOMALI WARLORD; KIEFER SUTHERLAND; NEW REPUBLIC MAGAZINE; www.BOP.gov; ASPEN INSTITUTE; BURGER KING; FEDERAL BUREAU of INVESTIGATION "FBI", TINA TURNER; PATRIOTIC UNION of KURDISTAN "PUK"; DISNEY'S TYPHOON LAGOON; BUNDESKRIMINALAND, GERMAN FEDERAL POLICE; HEGELIAN PRINCIPLE; SHAMIL BASSAYEU; GORDON R. ENGLAND, SECRETARY of NAVY; PSYCHOLOGY SOCIALISM; MINNESOTA VIKINGS; MICHAEL V. HAYDEN, DIRECTOR NATIONAL SECURITY AGENCY "NSA"; SOUTHWEST AIRLINES; GENE HACKMAN; GOTHIC CELTIC INC; CAESERS PALACE; PENTAGON; BROOKLIN BRIDGE; KING of PRUSSIA MALL; TONY BLAIR, PRIME MINISTER OF GREAT BRITAIN; COMMONWEALTH NATIONAL BANK; AL-SUGAYR AZMI, former HEAD of FATAH; LOS ANGELES POLICE DEPARTMENT; ALBERTO R GONZALES, UNITED STATES ATTORNEY GENERAL; FUBU CLOTHING LINE; MARTIN S. FELDSTEIN, HARVARD UNIVERSITY; BRITISH ROUND TABLE; GEORGE HERBERT WALKER BUSH, former PRESIDENT of UNITED STATES; MICHAEL DELL, CEO DELL COMPUTERS; BILLY BLANKS; MICHAEL IRVIN; LIGHT TECHNOLOGY PUBLISHING; CHUBBY CHECKER; DONALD B. ENSENAT, CHIEF OF PROTOCOL; MULTIPLE SCLEROSIS SOCIETY; CARDINAL BERNARD LAW; USS COLE; EASTER SEALS; GRAND DUCHY of LUXEMBOURG; PGA GOLF; SILVIO BERLUSCONI, PREMIER of ITALY; DENNIS KOZLOWSKI; BUCKINGHAM PALACE; VALERIE PLAME; BOYS & GIRLS CLUBS of AMERICA; ZEUS; GEORGE A. OMAS, POSTAL RATE COMMISSION; AMERICAN KENNEL CLUB; SUPER 8 MOTELS; DAVID FREUDENTHAL, GOVERNOR of WYOMING; CHERNOBYL NUCLEAR POWER PLANT; PFC. LYNNDIE ENGLAND; MADISON SQUARE GARDEN; SPAIN BASQUE "ETA"; JUSTIN TIMBERLAKE; JOHN HANCOCK FINANCIAL SERVICES; TIN CAN SAILORS; BILL JANKLOW, former HOUSE REP. of SOUTH DAKOTA; EMEKA OKAFOR; PARMALAT; KENTUCKY DERBY; GARY RIDGWAY; WORLD ANTI-DOPING AGENCY; HOWARD DEAN, former GOVERNOR of VERMONT; THE COLOSSUS of RHODES; BETTY CROCKER; LIBERTY BELL; THEODORE KACZYNSKI; US CENSUS BUREAU; BARCLAY'S PLC UK; ANDREW H. CARD, WHITE HOUSE CHIEF of STAFF; WEIRD AL YANKOVIC; BERNARD EBBERS, former CEO WORLD COM; MOKTADA AL-SADR, SHIITE CLERIC; GAY PRIDE PARADE; MARGARET THATCHER, former PRIME MINISTER of GREAT BRITAIN, BETTER BUSINESS BUREAU; LLOYDS of LONDON; WARSAW PACT; BARACK OBAMA, SENATOR of ILLINOIS; FORT MCHENRY TUNNEL; JACK KEVORKIAN; HANS BLIX, former UN WEAPONS INSPECTOR; THE DOOBIE BROTHERS; HOLY QURAN; BARBARA POPE, SECRETARY of CIVIL RIGHTS; ALZHEIMER'S ASSOCIATION; BENINGO G. REYNA, US MARSHALS SERVICE; WEIGHT WATCHERS; HU JINTAO, PRESIDENT PEOPLES REPUBLIC of CHINA; CALIFORNIA INSTITUTE of TECHNOLOGY; EMILIO ESTEVEZ; LACKLAND AIRFORCE BASE; MENNONITE CHURCH; PAT ROBERTS, SENATOR of KANSAS; CROWN PRINCE ALIOS, PRINCIPALITY of LIECHTENSTEIN; YMCA; IRAQI NATIONAL CONGRESS; www.PAYNOTAXES.com; GERHARD SCHROEDER, former CHANCELLOR of GERMANY; KEVIN MITNICK; CANADA'S LIBERAL PARTY; KEN JENNINGS, JEOPARDY CHAMPION; RUSSIAN FEDERATION 89; NATIONAL SECURITY COUNCIL "NSC"; AL PACINO; SULTANATE of OMAN; FOLGER SHAKESPERE LIBRARY; MEL GIBSON; JACQUES CHIRAC, PRESIDENT of FRANCE; MARTHA STEWART, LIVING OMNIMEDIA INC; MOUNT VERNON; DEPRESSION and BIPOLAR SUPPORT ALLIANCE; MBNA CORP; LADY BIRD JOHNSON WILD FLOWER CENTER; SOCIAL WORKERS PARTY "SWP"; NOBEL PEACE PRIZE, LA-Z-BOY; AMERICANS VERTERANS of WORLD WAR 11; NEW YORK MERCANTILE EXCHANGE; THE GENERAL ASSEMBLY; QUAKER OATS; CHARLES LOUIS KINCANNON; CONGOLESE ARMY; CHARLES DE GAULLE PARIS AIRPORT; SKITTLES CANDY; ARNOLD SCHWARZENEGGER

TEL AVIV nightclubs; American Gigolo; 40°00N, 75°10'W; Mail Boxes etc; Strategic Petroleum Reserve; National conference of state Legislatures; Bayer wonder drugs; Prego; DHiren Barot A/K/A Esa AL-Britani; Tocqueville; Federated Dept. Stores; Jonathan Luna d/b/a Ausa Baltimore; Tax-deductible Loans; Greys Anatomy; Mt. McKinley Gift shop; Penguin Putnam Inc; Chinese Exclusion Act of 1882; Standard & poors; Thrifty rent-a-car system; Louisiana Purchase; U.S. Rep. Vic Snyder (D) Ark; 1989 L.A. Riots; Saint-Germain-L'Auxerrois church; American Psycho; Ivory coast; world series of Poker; Gush Emunim; Zip code 19380; South Dakota senator Tim Johnson; 25th day of Kislev; Cape Canaveral; Zoological gardens; Seventeen woodchoppers; UBS Warburg LLC; Dolly the Cloned Sheep; Herbert Hoover former President of the U.S.; Bartholomew; K street Lobbyists; Julian Day Count; Wen Ho lee; Costa Rica Bananas; Elohim city; Cindy Sheehan Anti-war Activist; www.toolsforfreedom.com; George C. Wallace late Gov. Alabama; Bird flu; Investors Business Daily "IBD"; Johnny from the outsiders; Rasputin; Distinguished Doctors; Quasi Legislative Republic; Black caucasus; Kennebunkport maine compound; Hank Aarons Bat; Kwtv (Denver); Robert Novak; Airbus A380; Terre Haute Federal maximum security prison; Boston Harbor; SWAT Teams International; BBC Reporter Allan Johnston; No Fly List; Noam chomsky; Stem cell research; Kosovo Albanians; Butch cassidy; Antietam National Battlefield; Elbo's and Macaroni; U.N. Secretary General Ban Ki-Moon; Van Gogh; FDR's siblings; Water on Mars Inc; Nebraska Cornhuskers; Rogue Agents; Patients in Edmonton; Tyranny of the apes; Elija muhammed; Mother Jones; New Jersey women's penal facility; Phantom Jets; Seminole Nation; Pseudo-Gangs; Jin Mao Building/sprinkler system; Habsburgs;

United Auto workers UNION; CERN; D.U.I. Violators; Riggs Bank; Nickelodeon; Paris Air Show; Taiping Rebellion; 30-year Fixed Mortgages; Norwegian Krone; Jack Ruby; U.S. Catholic Conference; Rip van winkle; Ground hog day; Charles Schwab; Article 32 hearings; MONSOON RAINS; Sir Salman Rushdie; Fresh prince of Bel air; Occupation of the saints; T.V. Guide; Mojave totems; Charles Bronson; British house of commons; Hizb ut-Tahrir (party of Liberation); Cleopatra; Bob Hope desert Classic; N-17; Darwin's theory; Jimmy Swaggart; Teapot Dome Scandal; Jonathan Livingston Seagull; www.Godaddy.com; M*A*S*H; Waldorf Astoria; Timothy Geithner Federal Reserve N.Y. President; Little House on the Prarie; Mogul Matt; Minimum Wage workers party; Jay and Silent BOB; Standard oil company INC.; Basque Politics; Doctor who; Missionary Society; Tsar Alexander; Mother of christ; LDL cholesterol; Insider trading fraud; Fatts Domino; Lord Haw-Haw; Commonwealth of Independent; War of 1812; Smallville U.S.A.; BamBoo Inc; National Association of Software and Services company; Stick in a spoke Inc; Rosh Hashanah; St. Valentines Day Massacre; FHM MAgazine; John Travolta in swordfish; Pep Boys/Pep Boys tires; MR. wizard; Artic circle; Niqab; Neo Cons; April 20th 1899 Hitlers Birthday; David Letterman's Son; Far East trading Post; TRUMAN Doctrine; Hasidic Jews; Ten Most Wanted Fugitives List; Moustache Mafia; Siamese twins; James Brady Press Briefing Room; Tribal councils; Dew Drop Inn; Mysterious order of the veiled prophets; New York Women's House of corrections; Children of the corn; Partido Independentista Puetorriquena "PIP"; Boy George; Test-tube baby; Adolph Eichmann; Nomads in vegas; Fannie Flagg; Mesopotamia; Russian Spy ring; George Jetson; Revolutionary Student Brigade; Foundation for Taxpayer & consumer rights; Wheeler - Howard Act; the Hardy Boys; Strategic Arms Limitation talks; Sex pistols;

Novus ordo seclorum; charlotte's web; Electro magnetic Radiation; Subaru; Oregon Gov. Ted Kulongoski; Jamaican Reggae; Apache Holymen; Youth against war and Fascism; Chumashan Languages; Howard Zinn; Billy the Kid; Tarzan of the apes; City hall; Genesis Rock group; chester county courthouse; Mike Ditka; Feudalism; "who framed Roger Rabbit"; Carlos the Jackal; Rescue me; Yugoslav's seaman's club; witness for peace; Keystone cops; Slavic speaking countries; Navy Pier; Grand old Party "GOP"; Various Hebrew Literature; Chico's; Trojan Horse; Defenders of the Constitution; Kung Fu dojo's; the Stanley cup; John Mark Karr; Texas chainsaw; Mason Dixon Line; Teddy's nightclub; Don Quixote; Hamlet; Current/Former warden's at FCI williamsburg; oceans 11; Aryan Republic Army "ARA"; School district; the Peoples court; Rt. 66; Norman Rockwell; Transparency International; Rocky Balboa; Suburb of chicago; Baltimore Aquarium; Aum Shinrikyo; KLM Airlines; "Hello Mr. Wilson"; Delaware Court of chancery; St. Elmos Fire; Ad Hoc Advisory Committee; Entertainment Tonight; Park Ave; Benjamin Netanyahu; Omega-3 Fatty acids; Pippy Longstocking; Auschwitz concentration camp; Tribe called Quest; Duke Lacrosse team (2006 Roster); Fluoride producers; www.FBI.gov; Sisterhood of Skulls; Fraudism; Bon Jovi; Philharmonic Orchestra; Hobo Joes Fireworks; LVMH Moët Hennessy Louis Vuitton SA; Sgt. Joe Friday; Tour de France; Indiana tollway; WYAC FM 93.5; Sinai Peninsula; disfunctional families; Philanthropy; Dresden Firebombing; Gino's Steaks; Tic Tac Dough 80's game show; Unknown Diplomats at U.N.; Stuckey's; Golan Heights; Hinduism; Patent reform act of 2007; Otto Ambros; Major League Soccer; Cyanide pride; Johns Hopkins university; Nuremberg warcrimes tribunal; PAPA smurf; Operation Desert fox; High school principals; DDT; 16th century Art; John Birch society; Bohemians; White Phosphorus; Identity theft victims; The Entire Planet Earth, DEFENDANTS

COMPLAINT

"NEW WORLD ORDER AGAINST MANKIND"

This is a complaint under 42 U.S.C §§ 1983, civil rights violation by the Constitution and laws of the United States; and Federal Tort claims inflicted by that include, but not limited to: 18 U.S.C. §§ 2339,2332 TERRORISM, 18 U.S.C. §§ 1111 MURDER, 18 U.S.C. §§ 2381 TREASON, 18 U.S.C. §§ 1031 MAJOR FRAUD, 18 U.S.C. §§ 878 EXTORTION, 18 U.S.C. §§ 1951,1961 RACKETEERING, 18 U.S.C. §§ 2340 TORTURE, 18 U.S.C. §§ 241 CIVIL RIGHTS, 18 U.S.C §§ 831 ESPIONAGE, 18 U.S.C §§ 111 ASSAULT, 18 U.S.C. §§ 371 CONSPIRACY, 18 U.S.C. §§ 1091 GENOCIDE, 18 U.S.C. §§ 2441 WAR CRIMES, 18 U.S.C §§ 831 EXPLOSIVES, 18 U.S.C. §§ 1501 OBSTRUCTION OF JUSTICE, 18 U.S.C. §§ 1651 PIRACY, 18 U.S.C §§ 81 ARSON, 18 U.S.C. §§ 2151 SABOTAGE, 18 U.S.C. §§ 1621 PERJURY, 18 U.S.C §§ 521 CRIMINAL STREET GANGS, 18 U.S.C. §§ 175 BIOLOGICAL WEAPONS, 18 U.S.C §§ 1591 SEX TRAFFICKING, 18 U.S.C. §§ 152 CONCEALMENT,FALSE OATHS,BRIBERY, 18 U.S.C. §§ 2101 RIOTS, 18 U.S.C. §§ 1581 SLAVERY, 18 U.S.C §§ 2111 ROBBERY, 18 U.S.C. §§ 1361 MALICIOUS MISCHIEF, 18 U.S.C. §§ 470 COUNTERFEITING, 18 U.S.C. §§ 2231 SEARCH AND SEIZURES, 18 U.S.C. §§ 41 INJURY TO WILDLIFE; 18 U.S.C. §§ 2241 SEX ABUSE/RAPE, 18 U.S.C. §§ 1460 OBSCENITY, 18 U.S.C §§ 1201 KIDNAPPING, 18 U.S.C. §§ 2261 STALKING, 18 U.S.C. §§ 1261 LIQUOR TRAFFICKING, IDENTITY THEFT, PSYCHIATRIC TRAUMA, FALSE INFORMATION, INVASION, THREATS TO COMMIT VIOLENT ACTS, MALPRACTICES, AGGRAVATIONS, NUISANCES, ENTRAPMENTS, MIND MANIPULATION, BRUTALITY, PERSECUTIONS, NEGLIGENCE, ELECTRONIC WIRETAPPING, AND POISONING.

Comes now the Plaintiff Jonathan Lee., Riches©, in pro-se, moves this Honorable Court to issue an Order for all Defendant's named in this suit to give a response. Moves this Honorable Court to list all Defendant's in complaint each and separate as shown, not ect. all. As the Plaintiff is claiming that his Federal & State Constitution Rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th amendment of the Constitution. Relief requested, Plaintiff seeks 379,111,339,000,000.00 Trillion dollars backed by gold or silver delivered by United Parcel Service "UPS" to Federal correctional Institution Williamsburg, Salters South Carolina, collectively from all Defendants.

COUNT 1

Vast conspiracy through Defendant's for New World Order forcing the Uniform Commercial Code "UCC" on my life. False pretences created the ALL CAPS of my flesh and blood name forcing me to do business with the DE FACTO / ENS LEGIS UNITED STATES GOVERNMENT. The Defendant's through subliminal messaging and RFID on star chips, combined with daily life technology suckers me into contract. The federal Reserve Bank is unconstitutional, federal reserve notes ( fiat money) are backed by no substance except the American Citizens "promise". The Defendants are spreading this concept globally, preventing anyone from leaving this planet. Flights from travel agencies are suspended according to TRAVELOCITY.com.

COUNT 2

George Bush is a time traveler, conspired with Duke of Normandy at Battle of Hastings 1066 A.D. to pervert the English Dictonary and Law. Admiral / Maritime Jurisdiction is hearing my complaint. The american flag is M.I.A. held hostage at FEMA camps.

COUNT 3

George W. Bush is the grand Iman of voodoo witch doctors turning humans to animals, sometimes plants. April 14Th, 2001 was witnessed seen together with United Nations Secreatry General Kofi Annan at a Falls Church Virginia smorgasbord, discussing top secret protocol, and Social Security as a Ponzi Scam.

COUNT 4

Trading with Enemy Act of October 6th, 1917, yet George W. Bush and Defendants secretly sell inmates DNA on the international stock market including, but not limited to: HITLER'S SOCIALIST PARTY, GUERILLA ASIAN MOVEMENT, and on 3 occations the NIGERIAN JUNJAWEED'S.

COUNT 5

Defendant's were involved with FCI WILLIAMSBURG'S construction, failing to build an ANTI- UFO defense system, releasing staph infection in the water system, hiring Robotic correctional guards.

COUNT6

The 14TH amendment of the Constitution was not ratified properly. Myself was not allowed a vote. Mysterious supernatural creatures drinking YOOHOO. Condi Rice is a NASA created experiment, spreading false democracy. Secret black / white race war.

COUNT 7

HOUSE JOINT RESOLUTION 192 of June 5TH, 1933. Defendant's planned Elizabeth Smarts kidnapping. George W. Bush intercepted on Federal Wiretap, on the final stages of a secret Government weather making machine.

COUNT 8

People acted separately and together to accomplish the following:

* March 4TH, 2003- George W. Bush stole my Identity
* July 22ND, 2002- George W. Bush joined alliance with AL-Qaeda
* May 10TH, 2000- covert prostitution at local utility companies
* October 18TH, 2001- radiation released by United Airline Pilots
* January 9TH, 2004- hypnotherapists who advertise in newspapers
* December 25TH, 2002- price gouging citizens

Plaintiff's back was injured. Was forced fed.Security and Exchanges commission stole PLaintiff's money. 2 ingrown toe nails. Missing americans at college frat houses. Plaintiff seeks relief in monetary amount set at beginning complaint also granting this Honorable Court to impose a restraining order against George W. Bush. Please also include Restraing order against Airforce one.

Respectfully submitted

Jonathan Lee, Riches ©

Jonathan Lee, Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590