## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4192 | **DATE** | 8/17/2007 |
| **CASE TITLE** | Jonathan Lee Riches (#40948-018) v. George W. Bush, et al. | | |

**DOCKET ENTRY TEXT:**

This action is dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim. Any other pending motions are denied as moot. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

■ [For further details see text below.]

Docketing to mail notices.
Mailed AO 450 form

### STATEMENT

Plaintiff, Jonathan Lee Riches, is currently confined at Williamsburg FCI in Salters, North Carolina. He has named hundreds of defendants (eight pages, single-spaced). Besides George W. Bush, President of the United States, and other federal officials, he has also named James Hoffa, the Magna Carta, Three Mile Island, Diane Sawyer, Statue of Liberty, Malcolm X, George Jetson, Ace Hardware Stores, and other defendants, many of whom are either fictional, deceased, or nonsuable entities. He appears to allege, among other allegations, that there is a world-wide conspiracy to impose the Uniform Commercial Code on him. He claims George Bush is a time traveler and the grand Iman of voodoo witch doctors.

A check of the U.S. Party/Case Index shows that Riches has filed 15 cases in various courts around the country since 2006. Most of these cases have been dismissed because Riches failed to file an application to proceed *in forma pauperis* or pay the $350 filing fee when ordered to do so. Riches, in fact, filed a previous action in the Northern District of Illinois, *Riches v. United Airlines, Inc.*, No. 06 C 978 (N.D. Ill.) (Kocoras, J.), which was dismissed on April 19, 2006, for failure to comply with the court's order directing him to either file an application to proceed *in forma pauperis* or pay the $350 filing fee. One other court, the Southern District of Florida, has dismissed one of Riches's cases for failure to state a claim, *Riches v. Government Snitches and Informants, Inc.*, No. 07 C 20042 (S.D. Fla., Jan. 24, 2007) (Moreno, J.). This case counts as Riches's first "strike" under 28 U.S.C. § 1915(g).

Under 28 U.S.C. § 1915A(b)(1), the court is directed to dismiss a suit brought *in forma pauperis* at any time if the court determines that it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

**STATEMENT**

The Supreme Court emphasized in *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), that the term frivolous as used in § 1915(d) "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." Federal courts are thus empowered to summarily dismiss as frivolous "claims describing fantastic or delusional scenarios." *Id*. at 328. Riches's complaint is obviously delusional.

This suit is accordingly dismissed for failure to state a claim upon which relief may be granted. Riches is warned that if a prisoner has had a total of three federal cases or appeals dismissed as frivolous, malicious, or failing to state a claim, he may not file suit in federal court without prepaying the filing fee unless he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

The court also notes that Riches has begun a pattern of naming hundreds of defendants in his actions. Because the Clerk of the Court must set up each case, inputting all these defendants on the docket takes up a great deal of time for employees of the Clerk's Office. This is a waste of scant judicial resources. Riches is on notice that continuing to file these delusional actions in the Northern District of Illinois may result in sanctions, including a barring order.